**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re Application of<br><br>FourWorld Event Opportunities LP,<br><br>Petitioner, for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Proceeding. | Case No. 1:25-cv-01457-MN |

**STIPULATION AND [PROPOSED] ORDER AMENDING BRIEFING SCHEDULE**

WHEREAS, on December 2, 2025, FourWorld Event Opportunities LP ("Petitioner") filed an *Ex Parte* Application for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Proceeding (the "Section 1782 Petition");

WHEREAS, on December 15, 2025, Justin M. Forcier of Reed Smith LLP entered his appearance on behalf of Respondent KKR & Co. Inc. ("Respondent");

WHEREAS, on December 16, 2025, the Court entered an Order granting the Section 1782 Petition, which provided, in part, that "[n]othing in this Order shall be construed to preclude [Respondent] from timely moving to quash a subpoena or from challenging alleged deficiencies in the Application";

WHEREAS, Respondent intends to file a Motion to Vacate the Court's *Ex Parte* Order and/or Quash Petitioner's Subpoena (the "Motion to Vacate or Quash") and/or other motions directed to the Section 1782 Petition;

WHEREAS, on December 19, 2025, counsel for Respondent agreed to accept service of Petitioner's subpoena in exchange for an agreed-upon briefing schedule to govern the Motion to Vacate or Quash;

WHEREAS, on December 22, 2025, the parties filed a Stipulation and [Proposed] Order Governing Briefing Schedule (the "Briefing Schedule"), which this Court granted the same day;

and

WHEREAS, the parties have conferred and agreed to amend the Briefing Schedule as set forth below;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel, subject to the approval of the Court, as follows:

1. Respondent shall file its Motion to Vacate or Quash, and an opening brief in support thereof, on or before February 27, 2026.

2. Petitioner shall file its Answering Brief in Opposition to the Motion to Vacate or Quash on or before March 27, 2026.

3. Respondent shall file its Reply Brief in Further Support of the Motion to Vacate or Quash on or before April 10, 2026.

[*signatures on following page*]

DATED: January 22, 2026

OF COUNSEL:
(admitted *pro hac vice*)

WOLLMUTH MAHER & DEUTSCH LLP
Fletcher W. Strong
Jocelyn M. Stuto
Nicholas A. Servider
500 Fifth Avenue
New York, New York 10110
Telephone: (212) 382-3300
Facsimile: (212) 382-0050
fsrong@wmd-law.com
jstuto@wmd-law.com
nservider@wmd-law.com

ASHBY & GEDDES

*/s/ Andrew C. Mayo*
Andrew C. Mayo (No. 5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
amayo@ashbygeddes.com

*Counsel for Petitioner*

OF COUNSEL:
(admitted *pro hac vice*)

REED SMITH LLP
Edward M. Mullins
Felipe Berer
200 South Biscayne Blvd, Suite 2600
Miami, Florida 33131
Telephone: (786) 747-0200
emullins@reedsmith.com
fberer@reedsmith.com

REED SMITH LLP

*/s/ Justin M. Forcier*
Justin M. Forcier (No. 6155)
1201 N. Market Street, Suite 1500
Wilmington, DE 19801
(302) 778-7500
jforcier@reedsmith.com

*Counsel for Respondent*

**IT IS SO ORDERED** this ___ day of ______________, 2026.

______________________________
JUDGE MARYELLEN NOREIKA