**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

In re Application of

FourWorld Event Opportunities LP,

Petitioner, for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Proceeding.

Case No. 1:25-cv-01457-MN

**STIPULATION AND ORDER**

WHEREAS, on March 11, 2026, Respondent KKR & Co. Inc. ("Respondent") filed a Motion to Vacate the Court's *Ex Parte* Order Authorizing Discovery Pursuant to 28 U.S.C. § 1782 and an opening brief in support thereof (the "Motion to Vacate") (D.I. 29);

WHEREAS, on March 11, 2026, Intervenor Karo Intressenter AB ("Intervenor") filed a Motion for a Stay of the Proceeding or to Vacate Order Granting Section 1782 *Ex Parte* Application and an opening brief in support thereof (the "Motion to Stay") (D.I. 32);

WHEREAS, on April 9, 2026, the parties filed a Stipulation and [Proposed] Order permitting Petitioner FourWorld Event Opportunities LP ("Petitioner") to file a consolidated answering brief and setting deadlines for Respondent and Intervenor to file their respective reply briefs (D.I. 37), which the Court granted the same day;

WHEREAS, on April 17, 2026, Petitioner filed its Answering Brief in Opposition to the Motion to Vacate and Motion to Stay (D.I. 38); and

WHEREAS, Petitioner, Respondent, and Intervenor have conferred and agreed to further amend the parties' briefing schedule;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Petitioner, Respondent, and Intervenor, and subject to the approval of the Court, as follows:

1.      Respondent and Intervenor shall file their respective reply briefs on or before May

22, 2026.

2. To the extent that Respondent or Intervenor raise arguments related to events occurring after April 17, 2026 in their reply briefs, Petitioner may file a sur-reply in response to said arguments on or before June 5, 2026.  Any such sur-reply shall be limited to five pages.


ASHBY & GEDDES

/s/ Andrew C. Mayo
Andrew C. Mayo (#5207)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE  19899
(302) 654-1888
amayo@ashbygeddes.com

*Attorney for Petitioner*

RICHARDS, LAYTON & FINGER, P.A.

/s/ Jason J. Rawnsley
Jason J. Rawnsley (#5379)
Andrew L. Rosen (#7651)
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 651-7700
rawnsley@rlf.com
rosen@rlf.com

*Attorneys for Intervenor Karo Intressenter AB*


REED SMITH LLP

/s/ Justin M. Forcier
Justin M. Forcier (#6155)
1201 N. Market Street, Suite 1500
Wilmington, DE 19801
(302) 778-7500
jforcier@reedsmith.com

*Counsel for Respondent KKR & Co. Inc.*


Dated: May 11, 2026


**IT IS SO ORDERED** this 11th day of May 2026.

The Honorable Maryellen Noreika
United States District Judge

- 2 -