**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re Application of<br><br>FourWorld Event Opportunities LP,<br><br>Petitioner, for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Proceeding. | Case No. 1:25-cv-01457-MN |

**NOTICE OF JOINDER AND ADOPTION OF KARO INTRESSENTER AB'S REPLY BRIEF IN SUPPORT OF ITS MOTION FOR A STAY OF THE PROCEEDING OR TO VACATE ORDER GRANTING SECTION 1782 *EX PARTE* APPLICATION**

Respondent KKR & Co. Inc. ("KKR") submits this Notice of Joinder and Adoption of Karo Intressenter AB's Reply Brief in Support of its Motion for a Stay of the Proceeding or to Vacate Order Granting Section 1782 *Ex Parte* Application ("Karo's Reply Brief") filed by intervenor Karo Intressenter AB in this case on May 22, 2026. KKR incorporates by reference Karo's Reply Brief and any exhibits cited therein into this notice as if fully set forth herein.

Dated: May 22, 2026

OF COUNSEL:
(admitted *pro hac vice*)

Edward M. Mullins
Felipe Berer
Reed Smith LLP
200 South Biscayne Blvd, Suite 2600
Miami, FL 33131
(786) 747-0200
Email: emullins@reedsmith.com
Email: fberer@reedsmith.com

Respectfully submitted,

**REED SMITH LLP**

*/s/ Justin M. Forcier*
Justin M. Forcier (No. 6155)
1201 N. Market Street, Suite 1500
Wilmington, DE 19801
(302) 778-7500
Email: jforcier@reedsmith.com

*Counsel for Respondent KKR & Co. Inc.*